ORIGINAL

alexcostellostp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00024 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION TO CONTINUE SENTENCING DATE** |
| ALEX DE LARA COSTELLO, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, F. Randall Cunliffe, hereby move this Honorable Court to continue the sentencing hearing currently scheduled for September 26, 2005, and that it be rescheduled to a date after October 5, 2005. The parties make this request for the reason that government counsel is required to attend the Ninth Circuit Appellate Chiefs Conference in San Francisco, and will not return to Guam until October 5, 2005.

DATED: 9/15/05

F. RANDALL CUNLIFFE
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 9/15/05

By: KARON V. JOHNSON
Assistant U.S. Attorney