alexcostellostp3

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

SEP 16 2005 ⁊P

**MARY L.M. MORAN
CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00024 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO CONTINUE** ) **SENTENCING DATE** |
| ALEX DE LARA COSTELLO, | ) |
| Defendant. | ) |

Pursuant to the parties' stipulation filed on September 16, 2005, the sentencing in this matter, previously set for September 26, 2005, is hereby continued to Thursday, October 6, 2005 at 11:00 a.m.

9/16/2005
Date

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL